**NIXON PEABODY LLP**
Staci Jennifer Riordan (*pro hac vice admission to be requested*)
sriordan@nixonpeabody.com
Seth L. Berman
sberman@nixonpeabody.com
437 Madison Avenue
New York, New York 10022
212.940.3000

*Attorneys for Defendants*
*Notorious B.I.G. LLC, Jobete Music Co., Inc.,*
*Universal Music Corp. and Songs of Universal, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADIODUN OYEWOLE,<br><br>        Plaintiff,<br><br> - against -<br><br>RITA ORA, et al.,<br><br>        Defendants. | Civil Action No. 1:16-cv-01912-AJN<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Universal Music Corp. ("Defendant"), improperly sued herein as Universal Music Publishing Group, a private, non-governmental party, states based on currently available information that: (1) Defendant's indirect parent is Vivendi S.A., a publicly held French company; and (2) no publically traded company other than Vivendi S.A. owns more than 10% of Defendant's stock.

Dated: August 24, 2016
   New York, New York

4834-2731-4743.1

NIXON PEABODY LLP

By: \_\_\_\_/s/_____
Staci Jennifer Riordan (*pro hac vice admission to be requested*)
sriordan@nixonpeabody.com
Seth L. Berman
sberman@nixonpeabody.com
437 Madison Avenue
New York, New York 10022
212.940.3000

*Attorneys for Defendants Notorious B.I.G. LLC, Jobete Music Co., Inc., Universal Music Corp. and Songs of Universal, Inc.*

2